# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL**: One (1) USPS Priority Mail Express parcel bearing USPS tracking number ER 245 763 025 US, addressed to "Luke Guy, 4401 Gulf of Mexico Dr. 904 Longboat Key, FL 34228", with a return address of "Brian Robinson, 5333 E. Thomas Phx, AZ 85018". It is a Priority Mail Medium Flat Rate box measuring 11.25" X 8.75" X 6", weighing approximately 2 pounds, postmarked January 21, 2026, and bearing $63.85 in postage.

**SEARCH WARRANT**

Case Number: 26-5045MB

TO:  Maria Hunter and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Maria Hunter, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One (1) USPS Priority Mail Express parcel bearing USPS tracking number ER 245 763 025 US, addressed to "Luke Guy, 4401 Gulf of Mexico Dr. 904 Longboat Key, FL 34228", with a return address of "Brian Robinson, 5333 E. Thomas Phx, AZ 85018". It is a Priority Mail Medium Flat Rate box measuring 11.25" X 8.75" X 6", weighing approximately 2 pounds, postmarked January 21, 2026, and bearing $63.85 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __2/6/26__ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

__Jan. 23, 2026 @ 11:36 a.m.__       at   Phoenix, Arizona
Date and Time Issued                        City and State

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer           Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*

**SUBJECT PARCEL**: One (1) USPS Priority Mail Express parcel bearing USPS tracking number ER 245 763 025 US, addressed to "Luke Guy, 4401 Gulf of Mexico Dr. 904 Longboat Key, FL 34228", with a return address of "Brian Robinson, 5333 E. Thomas Phx, AZ 85018". It is a Priority Mail Medium Flat Rate box measuring 11.25" X 8.75" X 6", weighing approximately 2 pounds, postmarked January 21, 2026, and bearing $63.85 in postage.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case Number: 26-5045MB

I, Maria Hunter, being duly sworn, depose and state as follows:

I am a UNITED STATES POSTAL INSPECTOR and have reason to believe that on the premises known as:

**SUBJECT PARCEL**: One (1) USPS Priority Mail Express parcel bearing USPS tracking number ER 245 763 025 US, addressed to "Luke Guy, 4401 Gulf of Mexico Dr. 904 Longboat Key, FL 34228", with a return address of "Brian Robinson, 5333 E. Thomas Phx, AZ 85018". It is a Priority Mail Medium Flat Rate box measuring 11.25" X 8.75" X 6", weighing approximately 2 pounds, postmarked January 21, 2026, and bearing $63.85 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of Title 21, United States Code, Sections 841(a)(1) and 846. The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF MARIA HUNTER, WHICH IS MADE A PART HEREOF.

Authorized by AUSA William Bryan  *William M Bryan III*  Digitally signed by WILLIAM BRYAN Date: 2026.01.22 15:54:03 -07'00'

Maria Hunter  Digitally signed by Maria Hunter Date: 2026.01.22 15:48:45 -07'00'

Sworn to me telephonically, and subscribed electronically

Signature of Affiant – Maria Hunter

Jan. 23, 2026 at 11:38 a.m.
Date

Phoenix, Arizona
City and State

HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, Maria Hunter, being duly sworn, hereby depose and state as follows:

1.  I am a United States Postal Inspector, and I have held this position since February 2019. I completed a fourteen-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the United States (U.S.) mail. I am currently assigned to the Phoenix Division Prohibited Mailings Narcotics Team (PMNT) in Arizona, which is responsible for investigating narcotics violations involving the U.S. mail. Part of my training as a Postal Inspector included narcotics trafficking investigative techniques and the training in the identification and detection of controlled substances being transported in the U.S. mail.

2.  I have assisted on numerous narcotics investigations of individuals for violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance). The facts and information contained in this affidavit are based on my personal knowledge, as well as that of other Postal Inspectors and law enforcement officers involved in this investigation, as described below. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, your Affiant has not set forth all of the relevant facts known to law enforcement officers.

3.  This Affidavit is made in support of an application for a search warrant for one (1) United States Postal Service (USPS) parcel (the "**SUBJECT PARCEL**"). The

**SUBJECT PARCEL** is believed to contain controlled substances or proceeds from the sale of controlled substances.

4. The **SUBJECT PARCEL** is further described as follows:

One (1) USPS Priority Mail Express parcel bearing USPS tracking number ER 245 763 025 US, addressed to "Luke Guy, 4401 Gulf of Mexico Dr. 904 Longboat Key, FL 34228", with a return address of "Brian Robinson, 5333 E. Thomas Phx, AZ 85018". It is a Priority Mail Medium Flat Rate box measuring 11.25" X 8.75" X 6", weighing approximately 2 pounds, postmarked January 21, 2026, and bearing $63.85 in postage.

## BACKGROUND

5. From my training and experience, as well as the training and experience of other Postal Inspectors on the PMNT, I am aware that the USPS mail system is frequently used to transport controlled substances and proceeds from the sale of controlled substances to areas throughout the U.S. I also know that drug traffickers prefer delivery services such as Express Mail and Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she often becomes suspicious of any delayed attempt to deliver the item.

6. Based on my training and experience regarding Express Mail operations, I am aware that the Express Mail service was designed primarily to fit the needs of businesses by providing overnight delivery for time-sensitive materials. Moreover, based on my training and experience, I am aware that business mailings often: (a) contain

2

typewritten labels; (b) are addressed to and/or from a business; In addition, corporate charge accounts were developed by the USPS to avoid time-consuming cash payments by businesses for business mailings.

7.  Based on my training and experience regarding Priority Mail operations, I am aware that the Priority Mail service was created as a less expensive alternative to Express Mail overnight delivery, but designed to provide quicker, more reliable service than standard First-Class Mail. Whereas a customer mailing an article via Express Mail expects next-day service, a customer who mails an article via Priority Mail can expect two to three-day delivery service. The USPS provides a tracking service though a USPS tracking number, which allows the customer to track the parcel and confirm delivery.

8.  Additionally, I have learned that most Priority Mail mailings are business mailings. Priority Mail is a significantly less expensive method of mailing than Express Mail, particularly when next-day service is not required. I also know that the characteristics of Priority Mail business mailings are similar to Express Mail business mailings. Priority Mail articles tend to be smaller, lighter mailings than traditional mailings, and on average, weigh less than two pounds. Examples of typical business mailings conducted via Priority Mail include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

9.  From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of Arizona is a source location for controlled substances based on

its proximity to the U.S.-Mexico border. As such, controlled substances are frequently transported from Arizona via USPS, and proceeds from the sale of controlled substances are frequently returned to Arizona via USPS.

10. Based on my training and experience regarding the use of Express Mail and Priority Mail to transport controlled substances and the proceeds from the sale of controlled substances, I am aware these parcels usually contain some or all of the following characteristics:

   a. The parcel contains a label with handwritten address information and is addressed from one individual to another individual;

   b. The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash; and/or

   c. The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for proceeds from the sale of controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances.

11. Express Mail and Priority Mail parcels found to meet some or all of the characteristics described above are often scrutinized by Postal Inspectors through address verifications and an examination by a trained narcotics detecting canine.

//

//

## RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL

12. On or about January 21, 2026, members of the United States Postal Inspection Service ("USPIS") identified a suspicious parcel (the **SUBJECT PARCEL**) mailed from Scottsdale, Arizona destined for Longboat Key, Florida.

13. On January 21, 2026, members of USPIS conducted a physical examination of the **SUBJECT PARCEL** and observed that the **SUBJECT PARCEL** met some of the characteristics listed in Paragraph 10 above. First, the **SUBJECT PARCEL** bore handwritten address information. Second, the **SUBJECT PARCEL** postage was paid for in cash. Finally, the **SUBJECT PARCEL** was mailed from an address in Arizona to an address in Florida.

14. Based on my training, experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that Arizona is frequently a source location for controlled substances that are mailed to Florida, and that proceeds from the sale of controlled substances are frequently returned to Arizona from Florida via USPS.

15. Members of the USPIS conducted a database query regarding the names and addresses listed on the **SUBJECT PARCEL** in Consolidated Lead Evaluation and Reporting (CLEAR), a law enforcement database accessible to members of USPIS. CLEAR associates addresses and telephone numbers to individuals and business entities. The CLEAR database is created from credit reports, law enforcement reports, utility records, and other public records.

16.     Through the CLEAR database query, investigators learned that the delivery address for the **SUBJECT PARCEL**, 4401 Gulf of Mexico Dr. unit 904 Longboat Key, FL 34228, is an existing, deliverable address. However, the purported recipient, Luke Guy, is not associated with the delivery address for the **SUBJECT PARCEL**.

17.     Through the CLEAR database query, investigators also learned that the return address for the **SUBJECT PARCEL**, 5333 E. Thomas Phx, AZ 85018, is an existing address. However, the return address appearing on the mailing label for the **SUBJECT PARCEL** corresponds to an apartment complex. The return address appearing on the mailing label for the **SUBJECT PARCEL** lacks an apartment number. Therefore, members of the USPIS were not able to associate the purported sender, Brian Robinson, with the return address for the **SUBJECT PARCEL**.

18.     From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances or narcotics proceeds, it is common for drug traffickers to use purported names not associated with a particular address and/or utilize fictitious names and/or addresses to evade detection by law enforcement.

## CANINE EXAMINATION OF THE SUBJECT PARCEL

19.     On January 22, 2026, City of Mesa Police Department (MPD) Detective/Canine Handler Dawn Haynes (Det. Haynes) and her narcotics-detecting canine "Nicole" conducted a free-air sniff of the exterior of the **SUBJECT PARCEL** at a USPIS Domicile in Phoenix, Arizona. At approximately 09:10 AM, Det. Haynes advised that "Nicole" gave a positive alert to the **SUBJECT PARCEL** by lying down next to the

**SUBJECT PARCEL**.

20. Det. Haynes explained that Nicole's positive alert is a "passive" alert that Nicole has been trained to give. Det. Haynes stated that the "passive" alert given by Nicole indicates the presence within the **SUBJECT PARCEL** of heroin, cocaine, marijuana, Fentanyl, and/or methamphetamine, or currency, notes, documents, or other evidence bearing the presence of the odors of heroin, cocaine, marijuana, fentanyl, and/or methamphetamine within the **SUBJECT PARCEL**.

21. Det. Haynes advised that she is a MPD Detective currently assigned to the handling and care of MPD drug detecting canine "Nicole." Det. Haynes has been a law enforcement officer for the City of Mesa for twenty-four years. Canine "Nicole" is an eight-year-old Belgian Malinois who has been working drugs/narcotics detection for the MPD since February 2020. Nicole and Det. Haynes currently hold a National Certification in drugs/narcotics detection by the National Police Canine Association (NPCA). This is a yearly certification, and they were last certified in October 2025. Det Haynes' certifications also include the completion of a canine certification course presented by Alpha Canine training facility in Nashville, Tennessee. Nicole is trained to detect the odors of cocaine, marijuana, heroin, methamphetamine, fentanyl, and their derivatives. Since Nicole began working at the MPD, Nicole has had over 300 successful finds (both training finds and finds that have contributed to active investigations) of controlled substances or proceeds from the sales of controlled substances.

//

//

## CONCLUSION

22. Based on these facts, there is probable cause to believe the **SUBJECT PARCEL** described above contains controlled substances or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance).

_____
Maria Hunter
Digitally signed by Maria Hunter
Date: 2026.01.22 15:49:32 -07'00'

Maria Hunter
United States Postal Inspector

Subscribed electronically and sworn telephonically on this 23 day of January 2026. @ 11:38 a.m.

_____
HONORABLE DEBORAH M. FINE
UNITED STATES MAGISTRATE JUDGE

8